# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-46

———————————————

Dieuvella M. Celestin,

Appellant,

v.

Reemployment Assistance
Appeals Commission and Apex
Security & Convention
Services Inc.,

Appellees.

———————————————

On appeal from Reemployment Assistance Appeals Commission.

December 11, 2018

Per Curiam.

Affirmed.

Wolf, Lewis, and Wetherell, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Dieuvella Celestin, pro se, Appellant.

Norman A. Blessing, General Counsel, and Cristina Angelica Velez, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.